# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Brooks Dubois Roberts | **CASE INFORMATION:** |
| JUVENILE: No | RELATED COMPLAINT: No |
| PUBLIC or SEALED: Public | RELATED CVB VIOLATIONS: CVB Violations #9669723 (BLM) #9669714 (BLM) #9669725 (BLM) #9669716 (BLM) #FBIL000H (Forest Service) |
| SERVICE TYPE: Summons | |
| ISSUE: Yes | County(s) of Offense: Ada County, ID; Adams County, ID |
| INTERPRETER: No | |
| If YES, language: | |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Information

Felony: **No**  Class A Misdemeanor: **Yes**
Class B or C Misdemeanor: **Yes**

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 43 C.F.R. § 8365.1-2(a) | ONE | Camping on BLM Public Lands for Longer than Allowed | Up to one year imprisonment, up to $100,000 fine, and a $25 Special Assessment |
| 43 C.F.R. § 8365.1-1(b)(1) | TWO | Improperly Disposing of Garbage on BLM Public Lands | Up to one year imprisonment, up to $100,000 fine, and a $25 Special Assessment |
| 43 C.F.R. § 2932.57(a)(7) | THREE | Leaving Property on BLM Public Lands after Being Ordered to Remove It | Up to one year imprisonment, up to $100,000 fine, and a $25 Special Assessment |
| 36 C.F.R. § 261.58(a) | FOUR | Camping on Forest Service Lands for a Period Longer than Allowed | Up to six-months imprisonment, up to $5,000 fine, and $10 Special Assessment |
| 36 C.F.R. § 261.10(b) | FIVE | Using Forest Service Lands for Residential Purposes | Up to $5,000 fine and $10 Special Assessment |
| 36 C.F.R. § 261.16(a) | SIX | Occupying a Developed Recreation Site for Other than Recreation Purposes | Up to six-months imprisonment, up to $5,000 fine, and $10 Special Assessment |

Date: February 17, 2023

Assistant U.S. Attorney: ROBERT B. FIRPO
CHRISTOPHER A. BOOKER
Telephone No.: (208) 334-0495