# PLACEHOLDER

U.S. vs. Timber Roberts
23-mj-00108
23-cr-00053

EXHIBIT 1

Ex. 1 - FS Body Cam (4.14.21) (CA).mp4