**CRIMINAL PROCEEDINGS - Change of Plea**
  **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| Judge: Debora K. Grasham | Date: October 30, 2023 |
| Courtroom Deputy/ESR: Amy Tate | Time: 2:38-3:04 PM |
| | Location: Boise, ID |

**UNITED STATES OF AMERICA vs. JUDY ROBERTS**
Case No.: 1:23-cr-00053-DKG-3 & 1:23-mj-00108-DKG-3

Counsel for United States: AUSA Christopher Booker and Robert Firpo
Counsel for Defendant: Randall Barnum, CJA (previously appointed)

☒ Court summarized the plea agreement; counsel concurred with summary.
☒ Defendant placed under oath.
☒ Defendant found competent to enter a knowing and voluntary plea.
☒ Defendant is satisfied with representation of counsel.
☒ Defendant's Constitutional Rights explained.
☒ Defendant advised of maximum penalties.
☒ Defendant advised of the sentencing guidelines.
☒ Government stated for the record the elements and evidence of the charge(s).
☒ Defendant agrees with the elements of the charge(s) as stated by the Government.
☒ Defendant advised of the sentencing guidelines. Plea Agreement discussed and Defendant understands the terms of the agreement.
☒ Defendant and counsel advised the change of plea is voluntary, all potential defenses have been discussed and Defendant fully understand the rights which are being waived.
☒ Defendant entered a plea of guilty to Count(s) 4 of the Information in 1:23-cr-00053-DKG-3.
☒ Plea accepted by the Court.

**Sentencing set before Judge Debora K. Grasham: January 4, 2024 at 11:30 AM**
Court ordered a modified presentence investigation report.
    Original report to Counsel:  November 24, 2023
    Notification of Objections: December 7, 2023
    Final Report Due: December 21, 2023
☒The Government will request dismissal of Counts 5 & 6 of the Information in 1:23-cr-00053-DKG-2 and Counts 2 & 3 of the Complaint in 1:23-mj-00108-DKG-3 of at the time of Sentencing.
☒ The Court determined the Defendant is not likely to flee or pose a danger to the safety of the community and extraordinary circumstances exist to allow the Defendant to remain on pretrial release.

Any motions for departure, sentencing memorandums or letters in support must be filed seven (7) days prior to the sentencing hearing. Sentencing hearing is scheduled for 1 hour.